IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK M. SALAN, et al.

    Plaintiffs

v.                            Case No.: L-02-144

CHARLES E. WEHLAND

    Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

For the reasons set forth in Plaintiffs' Motion to Extend Time for Filing Memorandum in Opposition to Motion to Dismiss, it is hereby ORDERED this 11th day of March, 2002, that the time for filing of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss is extended until March 27, 2002.

_____
JUDGE