UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

October 10, 2002

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:      Frederick Salan, et al. v.
Charles E. Wehland
Civil #L-02-144

Dear Counsel:

The Court is in receipt of Mr. Weiner's letter of October 7, 2002, in which he requested an update on the current status of a motion to dismiss.

Because of the press of business, the Court has not yet reached a decision as to the merits of this motion. The Court will consider the outstanding motion in due course, and you will be immediately informed of the Court's decision once it is reached.

Very truly yours,

Benson Everett Legg