IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK M. SALAN, et al.      :

v.                              :         CIVIL NO. L-02-144

CHARLES E. WEHLAND              :

## ORDER

Pending is Defendant Charles Wehland's Motion to Dismiss. For the reasons stated in the Memorandum of even date, the Motion is DENIED without prejudice to refiling as a Motion for Summary Judgment at the close of discovery.

It is so ORDERED this _____ day of October, 2002.

Benson Everett Legg
United States District Judge

