IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK M. SALAN, et al.

    Plaintiffs

v.       Case No.: L-02-144

CHARLES E. WEHLAND

    Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT DEPOSITION HOUR REPORT

Frederick M. Salan, Necia A. Salan, and Debra A. Salan, Plaintiffs, through their counsel, A. Keith Weiner and Pettit & Weiner, LLC, have conferred with Charles Wehland, Defendant, through his counsel, Jeffrey W. Bredeck, and the Parties have agreed to twenty-two (22) deposition hours per side for deposing fact witnesses in the above captioned matter.

WHEREFORE, the Parties request the Court's approval of the aforementioned deposition hours.

_A. Keith Weiner_       _Jeffrey W. Bredeck by A. Keith Weiner_
A. KEITH WEINER, Fed. Bar No. 023756       JEFFREY W. BREDECK, Fed. Bar No. 023032
Pettit and Weiner, LLC       Eccleston and Wolf
201 N. Charles Street, Suite 2206       7th Floor, Scarlett Place
Baltimore, Maryland 21201-4126       729 E. Pratt Street
(410) 752-2800       Baltimore, Maryland 21202-4460
Attorney for Plaintiffs       (410) 752-7474
     Attorney for Defendant

Approved.
November 8, 2002

B. Legg