IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK M. SALAN, et al.

    Plaintiffs

Case No.: L-02-144

CHARLES E. WEHLAND

    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated to the Court by Plaintiffs' counsel and there being no objection thereto, it is hereby ORDERED this __16__ day of April, 2003 that any discovery deadline not already passed is extended by 30 days, i.e., the discovery deadline of May 6, 2003 for completion of discovery and the submission of Status Report is extended to June 5, 2003; Requests for Admissions are extended from May 13, 2003 to June 12, 2003; and, the Dispositive Pretrial Motions Deadline is extended to July 7, 2003.

                                                 _____
                                                 Judge Susan K. Gauvey
                                                 U.S. Magistrate Judge
                                                 United States District Court
                                                 District of Maryland