A. KEITH WEINER

June 5, 2003

Honorable Susan Gauvey,
U.S. Magistrate Judge of the
District Court of Maryland
101 West Lombard Street
Baltimore, Maryland 21201-2691

    Re: <u>Salan et al. v. Wehland</u>
        Civil Action No. L-02-144

Dear Judge Gauvey:

    This letter is intended to serve as Plaintiffs' side of the Status Report ordered by the Court. It was unclear to me until today that this report was to be jointly made by the parties. I have been unable to reach Mr. Bredeck, counsel for Defendant, Charles E. Wehland, today to coordinate a joint report and neither has he contacted me. Below I have addressed the various matters set out in Judge Legg's original Scheduling Order. Discovery is to close today, June 5, 2003.

    1. Discovery Completion: Discovery has not been completed in this matter. Due to scheduling difficulties, Plaintiffs have been unable to depose the Defendant's expert witness. This deposition is expected to take place in the near future and counsel for both sides have no objection to the extension. In addition, there is a motion before the court to extend the discovery deadline (see paragraph 2, *infra*).

    2. Pending Motions: Plaintiffs, in one motion, have requested two things of the Court. The first is to extend the discovery deadline for 60 days to allow investigation into various funds discovered that were not accounted for in the estate of Samuel Caplan. The second is to allow, after the investigation is completed, to allow the Plaintiffs to amend their suit to reflect those things discovered in the investigation.

Honorable Susan Gauvey,

U.S. Magistrate Judge of the
District Court of Maryland
June 5, 2003
Page Two

     3.  Dispositive Motions.  Plaintiffs do not intend to file any dispositive motions.

     4.  This case is to be tried to the bench.

     5. Certification of Settlement Negotiations.  There have been no serious settlement negotiations in this matter.

     6.  Plaintiffs are of the opinion that referral to another judge of this Court for a settlement conference might be useful.

     Thank you for your attention to this matter and my apologies that the parties were unable to file jointly.

                       Sincerely,

                          /s/

                       A. Keith Weiner

cc: Jeffrey Bredeck, Esq. (Via fax and mail)