UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

August 6, 2003

A. Keith Weiner, Esquire
Margolis Pritzker and Epstein, PA
405 East Joppa Road, Suite 100
Towson, Maryland   21286

Jeffrey W. Bredeck, Esquire
Alfred L. Scanlan, Jr., Esquire
Eccleston and Wolf, PC
Scarlett Place, Seventh Floor
729 East Pratt Street
Baltimore, Maryland   21202

Subject: *Frederick M. Salan, et al. v. Charles E. Wehland*
Civil No. SKG-02-144

Dear Counsel:

In light of the amount genuinely in controversy, Mr. Weiner's request that his clients not be required to be present in person during the settlement conference is granted. Mr. Frederick Salan is required to be available by telephone beginning at 11:00 a.m.

Although informal, this letter is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: Ronald L. Spahn, Esquire
    Court file
    Chambers file

U.S. District Court (Rev. 9/2001)