IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREDERICK M. SALAN, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No.: L-02-144 |
| CHARLES E. WEHLAND | * | |
| Defendant | * | |

\* \* \*

## FIRST PROPOSED ORDER

PLAINTIFFS', Necia Salan, Frederick Salan, and Debra Salan's second request to extend the time at which prejudice attaches to this Court's Local Rule 111 Dismissal Order of August 14, 2003 is hereby granted and prejudice shall not attach until January 11, 2004. This order does not preclude any further motions for extensions or to object to dismissal for good cause shown pursuant to Local Rule 111.

_____
JUDGE