IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK M. SALAN, et al.          *

   Plaintiffs                              *

v.                                          *          Case No.: L-02-144

CHARLES E. WEHLAND                  *

   Defendant                              *

                      *          *          *

ALTERNATIVE PROPOSED ORDER

       PLAINTIFFS', Necia Salan, Frederick Salan, and Debra Salan's third request to extend the time at which prejudice attaches to this Court's Local Rule 111 Dismissal Order of August 14, 2003 is hereby **Denied** and the above captioned case is to be returned to the active docket good cause having been shown.

                                      _____
                                             JUDGE