IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREDERICK M. SALAN, et al. | * | |
|    Plaintiffs | * | |
| v. | * | Case No.: L-02-144 |
| CHARLES E. WEHLAND | * | |
|    Defendant | * | |

\* \* \*

PLAINTIFFS' FOURTH REQUEST TO EXTEND TIME BEFORE
WHICH PREJUDICE ATTACHES TO LOCAL RULE 111
DISMISSAL OR IN THE ALTERNATIVE TO RETURN THE
<u>CASE TO THE ACTIVE DOCKET FOR GOOD CAUSE SHOWN</u>

    Necia Salan, Frederick Salan, and Debra Salan, Plaintiffs, hereby request that the Court extend the time when prejudice attaches to the Local Rule 111 Dismissal Order of Judge Gauvey dated August 14, 2003 or in the alternative, if that request is not granted, request that the case be returned to the active docket for good cause shown and for cause state:

    1. Prejudice is to attach on February 25, 2004 to the Rule 111 dismissal of this action. Many of the contingencies contained in the Settlement Agreement ("Agreement") between the parties will not be met by that date. Plaintiffs, therefore, request for a fourth time that the Court extend that date 45 days to April 10, 2004. The main contingency that must be met before final settlement, has almost been completed, i.e., complete settlement of all claims with the Estate of Gertrude D. Caplan. Plaintiffs hope that settlement with the Estate will be completed in the next few days.

    2. Plaintiffs' original Request to Extend Time Before Which Prejudice Attaches to Local Rule 111 Dismissal or in the Alternative to Return the Case to the Active Docket for Good Cause

Shown is incorporated herein by reference as if fully set forth to the extent that it does not conflict with the requested date changes.

Based on the foregoing, Plaintiffs request that the date for prejudice to attach to the Dismissal Order of August 14, 2003 be extended another 45 days to April 10, 2004, or if that request is not granted that this action be returned to the active docket for good cause shown.

                                          /s/
                          A. KEITH WEINER, Bar #023756
                          Margolis, Pritzker, Epstein & Blatt, P.A.
                          405 E. Joppa Road, Suite 100
                          Towson, Maryland 21286
                          (410) 823-2222
                          Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2004, a copy of the foregoing Plaintiffs' Fourth Request to Extend Time Before Which Prejudice Attaches to Local Rule 111 Dismissal Or In The Alternative to Return The Case to The Active Docket for Good Cause Shown was mailed first class, postage prepaid to:

                Jeffrey W. Bredeck, Esquire
                Eccleston & Wolf, P.C.
                7th Floor - Scarlett Place
                729 East Pratt Street
                Baltimore, Maryland 21202

                                        /s/
                          A. KEITH WEINER