IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK M. SALAN, et al.

      Plaintiffs

v.                                        Case No.: L-02-144

CHARLES E. WEHLAND

      Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFFS' REQUEST TO EXTEND TIME BEFORE WHICH
PREJUDICE ATTACHES TO LOCAL RULE 111 DISMISSAL
OR IN THE ALTERNATIVE TO RETURN THE CASE TO
THE ACTIVE DOCKET FOR GOOD CAUSE SHOWN

Necia Salan, Frederick Salan, and Debra Salan, Plaintiffs, hereby request that the Court extend the time when prejudice attaches to the Local Rule 111 Dismissal Order of Judge Gauvey dated August 14, 2003 or in the alternative, if that request is not granted, request that the case be returned to the active docket for good cause shown and for cause state:

1. The Plaintiffs incorporate by reference as if fully set out herein their previous motion for an extension of time before which prejudice attaches to the Local Rule 111 Dismissal of this action or in the Alternative to Return the case to the active docket for good cause shown.

2. Although Plaintiffs have now settled the caveat proceeding with the Estate of Gertrude Caplan, there remains a dispute as to the Settlement Agreement made between Plaintiffs and Defendant herein. Plaintiffs, therefore, request, pursuant to Judge Gauvey's Order of February 23, 2004 this matter be set in for a conference before Judge Bredar for additional assistance.

3. Plaintiffs further request that a new date be established for the attaching of prejudice to

the dismissal herein, said time to be determined at the discretion of the Court for a date after the conference with Judge Bredar.

    Wherefore, the Plaintiffs request the Court to set in a conference with Judge Bredar and once again extend the time before which prejudice will attach to the dismissal of this matter or in the alternative to return the case to the active docket.

                                   / S /  
                              A. KEITH WEINER, Federal Bar No. 023756  
                              Margolis, Pritzker, Epstein & Blatt, P.A.  
                              405 E. Joppa Road, Suite #100  
                              Towson, Maryland 21286  
                              (410) 823-2222  
                              Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April, 2004, I mailed a copy of the Plaintiffs' Request to Extend Time Before Which Prejudice Attaches to Local Rule 111 Dismissal or in the Alternative to Return the Case to The Active Docket for Good Cause Shown via first class mail, postage prepaid, to:

>Jeffrey W. Bredeck, Esquire
>Eccleston & Wolf, P.C.
>7th Floor - Scarlett Place
>729 East Pratt Street
>Baltimore, MD 21202

_____
A. KEITH WEINER, Federal Bar No. 023756
Margolis, Pritzker, Epstein & Blatt, P.A.
405 E. Joppa Road, Suite #100
Towson, Maryland 21286
(410) 823-2222
Attorney for Plaintiffs